# EXHIBIT "A"

# Case Information

19-2-03595-06 | MICHELLE BAKER vs NATIONSTAR MORTGAGE, LLC et al

| Case Number | Court | Judicial Officer |
|---|---|---|
| 19-2-03595-06 | Clark | Fairgrieve, John P |
| **File Date** | **Case Type** | **Case Status** |
| 12/02/2019 | QTI Quiet Title | Completed/Re-Completed |

# Party

**Plaintiff**
BAKER, MICHELLE

Active Attorneys ▼
Lead Attorney
CONWAY, JESSE DAVID
Retained

---

**Defendant**
NATIONSTAR MORTGAGE, LLC

Active Attorneys ▼
Attorney
John, Aaron A.
Retained

Lead Attorney
Balser, Justin Donald
Retained

---

**Defendant**
FIDELITY NATIONAL TITLE GROUP, INC

Active Attorneys ▼
Lead Attorney
Cleverley, Matthew Rick
Retained

# Events and Hearings

12/05/2019 Case Information Cover Sheet

12/05/2019 Summons

12/05/2019 Summons

12/05/2019 Complaint

12/05/2019 Notice of Assignment

12/16/2019 Declaration Affidavit ▼

   Comment
   OF FILING AFFIDAVIT OF PROCESS SERVER

01/02/2020 Notice of Appearance

01/14/2020 Declaration Affidavit

02/20/2020 Citation

02/20/2020 Affidavit in Support

02/20/2020 Motion for Default

02/20/2020 Proposed Order Findings

02/28/2020 Motion Hearing ▼

Judicial Officer
Fairgrieve, John P

Hearing Time
9:00 AM

Comment
#6 P - MT F/DFLT

02/28/2020 Motion Hearing

02/28/2020 Order of Default

03/06/2020 Citation

03/06/2020 Declaration Affidavit ▼

   Comment
   -P

03/06/2020 Declaration Affidavit ▼

Comment
-P

03/06/2020 Motion ▼

Comment
-P

03/06/2020 Findings of Fact and Conclusions of Law ▼

Comment
PROPOSED

03/06/2020 Proposed Order Findings

03/13/2020 Motion Hearing ▼

Judicial Officer
Fairgrieve, John P

Hearing Time
9:00 AM

Comment
#6 P - ENTRY ORD / MT APPOINT AGENT

03/13/2020 Motion Hearing

03/13/2020 Findings of Fact and Conclusions of Law

03/13/2020 Order Appointing

04/10/2020 Scheduling Conference ▼

Judicial Officer
Fairgrieve, John P

Hearing Time
9:00 AM

Comment
#6 P - MANDATORY SCHDLING CONF

04/14/2020 Declaration Affidavit

04/14/2020 Motion

04/14/2020 Proposed Order Findings

04/14/2020 Citation ▼

| | |
|---|---|
| Comment<br>*SPECIAL SET-4/24/20 VIA WEBEX @ 9AM | |
| 04/16/2020 Motion to Dismiss | |
| 04/16/2020 Proposed Order Findings | |
| 04/17/2020 Order of Dismissal With Prejudice | |
| 04/17/2020 Case Resolution Dismissal Without Trial | |
| 04/24/2020 Motion Hearing ▼<br><br>Judicial Officer<br>Fairgrieve, John P<br><br>Hearing Time<br>9:00 AM<br><br>Cancel Reason<br>Dismissed<br><br>Comment<br>Motion for Order Appt Agent for Def Fidelity by atty Conway | |
| 01/25/2021 Motion for Order to Show Cause | |
| 01/25/2021 Affidavit in Support ▼<br><br>   Comment<br>   OF CARRIE MAJORS-STAAB | |
| 01/25/2021 Affidavit in Support ▼<br><br>   Comment<br>   OF NATIONSTAR MORTGAGE, LLC | |
| 01/25/2021 Order to Show Cause | |
| 02/17/2021 Notice of Appearance | |
| 02/17/2021 Notice of Substitution of Counsel | |
| 02/17/2021 Affidavit Declaration Certificate Confirmation of Service | |
| 02/17/2021 Affidavit Declaration Certificate Confirmation of Service | |
| 02/17/2021 Affidavit Declaration Certificate Confirmation of Service | |
| 02/17/2021 Response | |
| 02/17/2021 Declaration Affidavit | |

02/17/2021 Affidavit in Support

02/19/2021 Motion Hearing ▼

Judicial Officer
Fairgrieve, John P

Hearing Time
9:00 AM

Comment
ORDER TO SHOW CAUSE

02/19/2021 Motion Hearing

03/05/2021 Motion Hearing ▼

Judicial Officer
Fairgrieve, John P

Hearing Time
9:00 AM

Comment
#6 Order to show cause

03/05/2021 Motion Hearing

04/30/2021 Order Denying Motion Petition

06/02/2021 Notice of Appearance

06/02/2021 Notice of Appeal to Court of Appeals

06/11/2021 Receipts ▼

   Comment
   for Appeal Filing Fee

06/11/2021 Transmittal Letter Copy Filed ▼

   Comment
   NACA

06/24/2021 Perfection Notice from Court of Appeals

07/01/2021 Designation of Clerks Papers

07/16/2021 Designation of Clerks Papers

07/19/2021 Letter ▼

Comment
to Atty re Clerk's Papers

07/19/2021 Index

08/03/2021 Transmittal Letter Copy Filed

12/14/2021 Notice of Change of Address

12/27/2021 Mandate

10/24/2022 Order ▼

   Comment
   CLOSING CASE AS COMPLETE

10/24/2022 Case Resolution Uncontested Resolution